**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jessica Dawn Utter,

Plaintiff(s),

v.

Westland Real Estate Group, LLC,

Defendant(s).

Case No. 2:26-cv-02722-JAD-NJK

**Report and Recommendation**

[Docket No. 1]

Plaintiff filed an application to proceed *in forma pauperis* and proposed complaint on August 26, 2026. Docket No. 1.[1] The Court screened the complaint pursuant to 28 U.S.C. 1915(e). *See* Docket No. 5. The Court could not discern how the allegations in the complaint raise a substantial federal question required for the Court to have subject matter jurisdiction over the matter. *Id.* The Court, therefore, ordered Plaintiff to show cause in writing, within 21 days, how the allegations raise a substantial federal question. *Id.* at 2. The Court indicated that "[f]ailure to comply with this order may result in dismissal of the case." *Id.* Plaintiff has neither filed a response to the order to show cause nor requested an extension of time in which to do so.[2]

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] Plaintiff manually filed of a camera with the Court on September 8, 2026. *See* Docket No. 6. Plaintiff submits that the camera will shed light on Plaintiff's sister's husband's manipulation and narcissistic behavior. *Id.* Plaintiff also submits that MGM Resorts is at fault for her sister's survivor's remorse from the October 1, 2017, Las Vegas shooting. *Id.* The Court cannot discern how the manual filing relates to the initial complaint against Westland Real Estate Group, LLC, for allegedly evicting Plaintiff "based on gender, sex, race, ethnicity, disability[, and] age." Docket No. 1-1 at 1.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: September 30, 2026

Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).