**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jessica Dawn Utter,

Plaintiff

v.

Westland Real Estate Group, LLC,

Defendant

Case No. 2:26-cv-02722-JAD-NJK

**Order Adopting Report and Recommendation**

[ECF No. 7]

On 9/30/26, the magistrate judge entered this report and recommendation [ECF No. 7]:

Plaintiff filed an application to proceed *in forma pauperis* and proposed complaint on August 26, 2026. Docket No. 1.[1] The Court screened the complaint pursuant to 28 U.S.C. 1915(e). *See* Docket No. 5. The Court could not discern how the allegations in the complaint raise a substantial federal question required for the Court to have subject matter jurisdiction over the matter. *Id.* The Court, therefore, ordered Plaintiff to show cause in writing, within 21 days, how the allegations raise a substantial federal question. *Id.* at 2. The Court indicated that "[f]ailure to comply with this order may result in dismissal of the case." *Id.* Plaintiff has neither filed a response to the order to show cause nor requested an extension of time in which to do so.[2]

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] Plaintiff manually filed of a camera with the Court on September 8, 2026. *See* Docket No. 6. Plaintiff submits that the camera will shed light on Plaintiff's sister's husband's manipulation and narcissistic behavior. *Id.* Plaintiff also submits that MGM Resorts is at fault for her sister's survivor's remorse from the October 1, 2017, Las Vegas shooting. *Id.* The Court cannot discern how the manual filing relates to the initial complaint against Westland Real Estate Group, LLC, for allegedly evicting Plaintiff "based on gender, sex, race, ethnicity, disability[, and] age." Docket No. 1-1 at 1.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: September 30, 2026

Nancy J. Koppe
United States Magistrate Judge

**ORDER**

The deadline for anyone to object to this recommendation was 10/14/2026, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [**ECF No. 7] is ADOPTED** in its entirety, **THIS CASE IS DISMISSED** for the reasons stated in the report and recommendation, and the motion to proceed in forma pauperis **[ECF No. 1] is DENIED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: October 19, 2026